**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**BEN VENTURA,**

      **Plaintiff,**

**v.**                                          **Case No. 1:26-cv-105-AW-MJF**

**FRAN VELLA-MARRONE, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 5)—to which there has been no objection—I now adopt the report and recommendation and incorporate it into this order.

The magistrate judge recommends dismissal for two independent reasons. First, Plaintiff has not plausibly stated any claim for relief. Second, Plaintiff has abused the judicial process by filing the same deficient complaint in at least fourteen courts. For each of these independent reasons, I find dismissal is appropriate. And although the court ordinarily would grant leave to amend before dismissing for failure to state a claim, there is no indication Plaintiff here could state a plausible claim. And leave would be futile because the complaint would be dismissed as malicious. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

1

SO ORDERED on June 8, 2026.

s/ *Allen Winsor*
Chief United States District Judge